JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOOSEGOW (HYPNOTIC) PRODUCTIONS INC., <br>        Plaintiff, <br><br>    vs. <br><br> CHUBB NATIONAL INSURANCE COMPANY, <br>        Defendant. | Case No. 2:20-cv-08253-MWF-RAO <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    The Court, having considered the parties Joint Stipulation of Dismissal to dismiss the action without prejudice, and good cause appearing therefore, HEREBY ORDERS that the action be **DISMISSED *WITHOUT PREJUDICE***.

    **IT IS SO ORDERED.**

Dated: July 16, 2021

_____

MICHAEL W. FITZGERALD
United States District Judge